IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEON CORE,    )<br>                           )<br>     Plaintiff,           )<br>                           )<br>     v.                    )<br>                           )<br>JUDGE BEN HAND, et al.,    )<br>                           )<br>     Defendants.           ) | CIVIL ACTION NO.<br>  3:22cv153-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was an inmate at the time, filed this lawsuit contending that the defendant state judge and law enforcement officials violated his constitutional rights in connection with a state-court criminal matter.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of September, 2022.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**